PUBLISH

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

---

No. 97-2540

---

D.C. Docket Nos. 85-CV-7009 &
85-CV-7010

GREGORY SOLOMON, PATRICIA BECKWITH,
et al., on behalf of themselves and all others similarly situated,

Plaintiffs-Appellants,

versus

LIBERTY COUNTY COMMISSIONERS, LIBERTY
COUNTY SCHOOL BOARD, et al.,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Northern District of Florida

---

(Opinion February 3, 1999, 166 F.3d 1135, 11th Cir., 1999)

(March 14, 2000)

Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the suggestions of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.